■ In the Matter of C. VERNON MASON (Admitted as CECIL VERNON MASON), a Disbarred Attorney. [628 NYS2d 478] —Motion for reargument and for enlargement of the record, or for other relief, dismissed as untimely. However, were we to address the merits, respondent's motion would be denied in its entirety. No opinion. Concur—Ellerin, J. P., Wallach, Rubin, Ross and Tom, JJ.